# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# Eastern Division

| | |
|---|---|
| WILLIAM LESTER, JR., <br><br> Plaintiff, <br><br> -v- <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, et al. <br><br> Defendants. | Case No. 1:18-cv-00267-VEH <br><br> **OPPOSED** |

## DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S MOTION TO STAY OR DISMISS PROCEEDINGS AND COMPEL ARBITRATION

COMES NOW Defendant Portfolio Recovery Associates, LLC ("PRA"), by counsel, and submits its Motion to Stay or Dismiss Proceedings and Compel Arbitration of the above-captioned action. In support thereof, PRA submits the attached Memorandum of Law in Support.  Per this Court's initial scheduling order, the parties have discussed PRA's intent to seek arbitration in this matter both over email and during the parties' Rule 26(f) Conference.  While PRA requested that Plaintiff consent to arbitration, Plaintiff has declined to consent.

Thus, PRA respectfully requests this Court grant its Motion and compel the parties to arbitrate this matter.  PRA further requests this Court dismiss this action

in its entirety or, in the alternative, stay these proceedings until arbitration is completed.

Respectfully submitted,

Date: May 3, 2018

By: */s/ Danielle K. Greco*
Danielle K. Greco (ASB-5970-I69G)
305 Church at North Hills Street
Raleigh, North Carolina
Telephone: (919) 835-4147
Facsimile: (919) 835-4101
Email: danielle.greco@troutman.com

Ethan G. Ostroff (Admitted *pro hac vice*)
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutman.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

## CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

                                       */s/ Danielle K. Greco*
                                       Danielle K. Greco